UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ROBERTS,
    Plaintiff,

v.

TRENT PATTERSON, et al.,
    Defendants.

Case No. 2:13-CV-00567
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

On June 20, 2014, Magistrate Judge Abel issued a report and recommendation (R&R) in this case. Doc. 34. He recommended that the defendants' March 26, 2014 motion for judgment on the pleadings, doc. 22, be denied. *See* doc. 34 at 9. The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**, doc. 34, and the defendants' motion for judgment on the pleadings, doc. 22, is **DENIED**.

IT IS SO ORDERED.

8-4-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE