THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ROBERTS,

        Plaintiff,

v.

TRENT PATTERSON, et al.

        Defendants.

Case No. 2:13-cv-567
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence Kemp

## ORDER

On April 2, 2015, the United States Magistrate Judge recommended that this case be dismissed without prejudice for Plaintiff's failure to prosecute. (ECF No. 58.) Although the parties were advised of their right to object to the recommendation and of the consequence of their failure to do so, there has been no objection. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation. This case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

\_\_\_6-4-2015_____
DATE                                        EDMUND A. SARGUS, JR.
                                          CHIEF UNITED STATES DISTRICT JUDGE